Leslie T. Gladstone, Trustee, SBN 144615
FINANCIAL LAW GROUP
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037
Telephone: 858/454-9887
Facsímile: 858/454-9596

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 09-16325-JM7 |
| | ) |
| JEFF BASSMAN, | ) **STIPULATION EXTENDING TIME TO OBJECT** |
| | ) **TO DISCHARGE AND/OR MOTION TO DISMISS** |
| | ) **UNDER BANKRUPTCY CODE SECTION** |
| | ) **707(b)(3)** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The Debtor(s) by and through their counsel, acknowledging Trustee's request for additional time to evaluate the case, stipulate that the time deadline to object to the Debtor's discharge and/or motion to dismiss under Bankruptcy Section 707(b)(3) is extended from March 25, 2010 to June 30, 2010, as to the U.S. Trustee, Panel Trustee and creditors. This stipulation is without prejudice to additional requests for an extension of time by the Trustee, the United States Trustee and all creditors.

Dated: March 24, 2010                    /s/ Leslie T. Gladstone
                                         Leslie T. Gladstone, Chapter 7 Trustee

Dated: March 24, 2010                    /s/ Judith A. Descalso
                                         Judith A. Descalso
                                         Attorney for Debtor(s)